Query   Reports   Utilities   Help   What's New   Log Out

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:23-cr-00263-DLR-1

Case title: USA v. Baldwin

Date Filed: 02/28/2023

Magistrate judge case number: 2:23-mj-00039-JZB

Assigned to: Judge Douglas L Rayes

**Defendant (1)**

**Tamije Zarron Baldwin**
42743-510

represented by **Taylor William Fox**
Taylor W Fox PC
1641 E Osborn Rd., Ste. 8
Phoenix, AZ 85016
602-443-2220
Fax: 602-443-2221
Email: taylorfoxlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

8:1324(a)(1)(A)(ii) and (a)(1)(B)(i)
Transportation of an Illegal Alien for Profit
(1)

**Disposition**

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

8:1324(a)(1)(A)(ii) - Transportation of
Illegal Aliens

**Disposition**

**Material Witness**

**Material Witnesses**
*TERMINATED: 02/10/2023*

represented by **Karina Janine Ordonez**
Karina Ordonez Law Office PLLC
2642 E Thomas Rd.
Phoenix, AZ 85016
480-729-4119
Fax: 602-296-0460
Email: karina@karinaordonez.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Plaintiff**

**USA**

represented by **Ross Gabriel Arellano Edwards**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
480-925-4846
Email: ross.arellano.edwards@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2023 | | Arrest of Tamije Zarron Baldwin on 2/1/2023. (KGM) [2:23-mj-00039-JZB] (Entered: 02/02/2023) |
| 02/02/2023 | 1 | COMPLAINT as to Tamije Zarron Baldwin. (KGM) [2:23-mj-00039-JZB] (Entered: 02/02/2023) |
| 02/02/2023 | 2 | AFFIDAVIT FOR DETENTION OF MATERIAL WITNESS by USA as to Tamije Zarron Baldwin signed by Magistrate Judge Michelle H Burns. (KGM) [2:23-mj-00039-JZB] (Entered: 02/02/2023) |
| 02/03/2023 | 3 | MINUTE ENTRY for proceedings held before Magistrate Judge Michelle H Burns: Initial Appearance for Material Witnesses in case as to Tamije Zarron Baldwin held on 2/3/2023. Material Witnesses are present and in custody. Appointing CJA Attorney Karina Ordonez for Material Witnesses. Status Hearing set, Material Witnesses' presence waived by counsel. Order to issue.<br><br>**Appearances**: AUSA Bruce Van Baren on behalf of Ross Arellano-Edwards for the Government, CJA Attorney Taylor Fox for Defendant, and CJA Attorney Karina Ordonez appearing telephonically for Material Witnesses. Defendant is not present and in custody. Spanish Interpreter Eduardo Arenas assists Material Witnesses telephonically. Status Hearing re: Material Witness Video Depositions set for 2/10/2023 at 11:00 AM in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 |

| Date | # | Entry |
|---|---|---|
| | | before Magistrate Judge Michael T Morrissey. (Recorded by COURTSMART.) Hearing held 3:35 PM to 3:40 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KGM) [2:23-mj-00039-JZB] (Entered: 02/03/2023) |
| 02/03/2023 | 4 | MATERIAL WITNESS ORDER as to Tamije Zarron Baldwin. Signed by Magistrate Judge Michelle H Burns on 2/3/2023.(KGM) [2:23-mj-00039-JZB] (Entered: 02/03/2023) |
| 02/06/2023 | 6 | MINUTE ENTRY for proceedings held before Magistrate Judge Michael T Morrissey: Initial Appearance as to Tamije Zarron Baldwin held on 2/6/2023. FINANCIAL AFFIDAVIT TAKEN. Appointing Taylor William Fox for Defendant with Appointment Type: CJA. Status Hearing requested. Status Hearing re Detention and Preliminary Hearing set for 2/10/2023 at 11:00 AM in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Michael T Morrissey, to be heard in conjunction with the Status Hearing re Material Witness Video Depositions previously set for that date and time.<br><br>As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.<br><br>**Appearances**: AUSA Aron Ketchel on behalf of Ross Arellano Edwards for the Government, CJA Attorney Zachary Storrs on behalf of Taylor Fox for Defendant. Defendant is present and in custody. (Recorded by COURTSMART) Hearing held 3:28 PM to 3:32 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KMB) [2:23-mj-00039-JZB] (Entered: 02/07/2023) |
| 02/06/2023 | 7 | ORDER: Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.<br><br>Ordered by Magistrate Judge Michael T Morrissey. (KMB)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) [2:23-mj-00039-JZB] (Entered: 02/07/2023) |
| 02/06/2023 | 8 | SEALED CJA 23 Financial Affidavit by Tamije Zarron Baldwin. (KMB) [2:23-mj-00039-JZB] (Entered: 02/07/2023) |
| 02/10/2023 | 10 | MINUTE ENTRY for proceedings held before Magistrate Judge Michael T Morrissey: Detention and Preliminary Hearings and Status Hearing re: Material Witness Video Depositions as to Tamije Zarron Baldwin held on 2/10/2023. Material Witnesses' presence previously waived by counsel. The parties file a Stipulation for the Release of Material Witnesses with the Court. SO ORDERED. Material Witness coverage counsel Carlos Brown is excused. Order to issue. Detention Hearing held. Government opposes release. Defendant ordered released on own recognizance with conditions. Preliminary Hearing waived. Finding: Defendant held to answer before District Court. |

Case 7:24-mj-01048-RJ   Document 1   Filed 03/14/24   Page 3 of 6

| | | | |
|---|---|---|---|
| | | | **Appearances**: AUSA Ross Arellano-Edwards for the Government, CJA Attorney Taylor Fox for Defendant, and Carlos Brown on behalf of Karina Ordonez for Material Witnesses. Material Witnesses are not present and in custody. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 11:03 AM to 11:17 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KGM) [2:23-mj-00039-JZB] (Entered: 02/10/2023) |
| 02/10/2023 | 11 | | STIPULATION and Joint Motion for Release of Material Witnesses by USA as to Tamije Zarron Baldwin. (KGM) [2:23-mj-00039-JZB] (Entered: 02/10/2023) |
| 02/10/2023 | 12 | | ORDER for Release of Material Witnesses pursuant to 11 Stipulation as to Tamije Zarron Baldwin: IT IS ORDERED directing the United States Marshal to release the material witnesses in this action to the Department of Homeland Security for return to their countries of origin. Signed by Magistrate Judge Michael T Morrissey on 2/10/2023.(KGM) [2:23-mj-00039-JZB] (Entered: 02/10/2023) |
| 02/10/2023 | 13 | | *MODIFIED by Doc. 32 - ORDER Setting Conditions of Release as to Tamije Zarron Baldwin. Signed by Magistrate Judge Michael T Morrissey on 2/10/2023.(KGM)[2:23-mj-00039-JZB] Modified on 5/22/2023 (KMB). (Entered: 02/10/2023) |
| 02/24/2023 | 14 | | MINUTE ORDER as to Tamije Zarron Baldwin. This matter has been reassigned to the Honorable John Z. Boyle. All future documents shall reflect the following complete case number: 2:23-mj-00039-JZB. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (NKS) [2:23-mj-00039-JZB] (Entered: 02/24/2023) |
| 02/28/2023 | 15 | | INDICTMENT (Redacted for Public Disclosure) as to Tamije Zarron Baldwin (1) count 1 with Forfeiture Allegations. Arraignment set for 3/15/2023 at 11:00 AM in Courtroom 304, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Michael T Morrissey. (SMF) (Entered: 03/01/2023) |
| 02/28/2023 | 16 | | DOJ CONFLICT MEMO. No probable conflict re Magistrate Judge Camille D Bibles. No probable conflict re Judge Dominic W Lanza. No probable conflict re Magistrate Judge Michael T Morrissey. Filed by USA as to Tamije Zarron Baldwin. (SMF) (Entered: 03/01/2023) |
| 02/28/2023 | 18 | | SEALED UNREDACTED INDICTMENT as to Tamije Zarron Baldwin. (Attachments: # 1 Case Summary) (MAP) (Entered: 03/01/2023) |
| 03/02/2023 | 19 | | MOTION to Continue Arraignment by Tamije Zarron Baldwin. (Attachments: # 1 Proposed Order)(Fox, Taylor) (Entered: 03/02/2023) |
| 03/13/2023 | 20 | | ORDER granting 19 Motion to Continue Arraignment as to Tamije Zarron Baldwin (1). Arraignment is continued from 3/15/23 to 3/22/2023 at 11:00 AM in Courtroom 303, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Deborah M Fine. ORDERED by Magistrate Judge Morrissey this date. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SJF) (Entered: 03/13/2023) |
| 03/22/2023 | 21 | | MINUTE ENTRY for proceedings held before Magistrate Judge Deborah M Fine: Arraignment as to Tamije Zarron Baldwin held on 3/22/2023. Defendant enters plea of NOT guilty to all pending counts.<br><br>**Appearances**: AUSA William Bryan appearing on behalf of Ross Edwards for the |

| | | | |
|---|---|---|---|
| | | | Government and CJA Attorney Taylor Fox for defendant. Defendant is present and released. Pretrial Motions due within 21 days. Jury Trial set for 5/2/2023 at 09:00 AM in Courtroom 606, 401 West Washington Street, Phoenix, AZ 85003 before Judge Douglas L Rayes. (Recorded by COURTSMART) Hearing held 11:21 AM to 11:23 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (AO) (Entered: 03/22/2023) |
| 04/05/2023 | | 22 | MOTION to Continue Trial and Extend Time to File Pretrial Motions by Tamije Zarron Baldwin. (Attachments: # 1 Proposed Order)(Fox, Taylor) (Entered: 04/05/2023) |
| 04/07/2023 | | 23 | ORDER granting 22 First Motion to Continue Trial and Extend Time to File Pretrial Motions filed as to Tamije Zarron Baldwin (1). Jury Trial reset for 7/5/2023 at 09:00 AM in Courtroom 606, 401 West Washington Street, Phoenix, AZ 85003 before Judge Douglas L Rayes. Motions due by 6/14/2023. Signed by Judge Douglas L Rayes on 4/6/2023.(RMV) (Entered: 04/07/2023) |
| 04/17/2023 | | 24 | MINUTE ORDER as to Tamije Zarron Baldwin: This matter is referred to Magistrate Judge Deborah M. Fine to set a Change of Plea Hearing. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (RMV) (Entered: 04/17/2023) |
| 04/17/2023 | | 25 | CONSENT OF DEFENDANT Tamije Zarron Baldwin for Guilty Plea Hearing before a United States Magistrate Judge. (RMW) (Entered: 04/17/2023) |
| 04/17/2023 | | 26 | LODGED PLEA AGREEMENT as to Tamije Zarron Baldwin. (RMW) (Entered: 04/17/2023) |
| 04/18/2023 | | 27 | The parties having contacted the court, IT IS ORDERED, as to Tamije Zarron Baldwin, Change of Plea Hearing set for 5/10/2023 at 03:00 PM in Courtroom 303, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Deborah M Fine. Ordered by Magistrate Judge Deborah M Fine.(DMF/lw)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 04/18/2023) |
| 05/10/2023 | | 29 | MINUTE ENTRY for proceedings held on 5/10/2023 before Magistrate Judge Deborah M Fine: This is the time set for a Change of Plea Hearing as to Tamije Zarron Baldwin. Defendant is not present. Defense counsel advises that Defendant has been delayed due to traffic issues. Accordingly, the Change of Plea Hearing will be reset.<br><br>**Appearances**: AUSA Ross Arellano Edwards for the Government, CJA Attorney Taylor Fox for Defendant. Defendant is not present and released. Change of Plea Hearing is RESET to 6/2/2023 at 10:00 AM in Courtroom 303, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Deborah M Fine. (Recorded by COURTSMART) Hearing held 3:10 PM to 3:12 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KMB) (Entered: 05/10/2023) |
| 05/22/2023 | | 31 | First MOTION to Modify Conditions of Release by Tamije Zarron Baldwin. (Attachments: # 1 Proposed Order)(Fox, Taylor) (Entered: 05/22/2023) |
| 05/22/2023 | | 32 | ORDER granting 31 Motion to Modify Conditions of Release as to Tamije Zarron Baldwin. IT IS FURTHER ORDERED permitting Defendant to reside in Fayetteville, North Carolina, with his third-party custodian. All other terms and conditions of release remain in place. Signed by Magistrate Judge Michael T Morrissey on 5/22/2023. (KMB) (Entered: 05/22/2023) |

Case 7:24-mj-01048-RJ   Document 1   Filed 03/14/24   Page 5 of 6

| 06/02/2023 | 34 | MINUTE ENTRY for proceedings held on 6/2/2023 before Magistrate Judge Deborah M Fine: This is the time set for Change of Plea Hearing as to Tamije Zarron Baldwin. Discussion is held as to Defendant's failure to appear. The Government requests a warrant issue for Defendant's arrest. Request GRANTED. Arrest Warrant to issue for Defendant's failure to appear.<br><br>**Appearances**: AUSA Ross Arellano Edwards for the Government, CJA Attorney Taylor Fox for Defendant. Defendant is not present and released. (Recorded by COURTSMART.) Hearing held 10:08 AM to 10:20 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KMB) (Entered: 06/02/2023) |
| --- | --- | --- |
| 07/07/2023 | 36 | MINUTE ORDER as to Tamije Zarron Baldwin: Defendant having failed to appear, IT IS ORDERED that the 7/5/2023 Jury Trial is VACATED, to be reset after defendant's pending pretrial release violation has been addressed. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (RMV) (Entered: 07/07/2023) |